BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>BRIAN REYES,<br><br>             Defendant, | 1:12-CR-00337-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on September 24, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Brian Reyes forfeiting to the United States the following property:

   a.  All ammunition seized in the case

AND WHEREAS, Beginning September 27, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

Final Order of Forfeiture

1

1  AND WHEREAS, the Court has been advised that no third party has filed a
2  claim to the subject property and the time for any person or entity to file a claim has
3  expired.
4  Accordingly, it is hereby ORDERED and ADJUDGED:
5  1.  A Final Order of Forfeiture shall be entered forfeiting to the United
6  States of America all right, title, and interest in the above-listed property pursuant to
7  18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including
8  all right, title, and interest of Brian Reyes.
9  2.  All right, title, and interest in the above-listed property shall vest soley
10  in the name of the United States of America.
11  3.  The Department of Homeland Security, Immigration Customs Enforcement
12  or Customs and Border Protection shall maintain custody of and control over the
13  subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 14, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture